DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JIMMY SALCEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIMMY SALCEDO,<br><br>　　　　　Defendant.<br>_____ | Cr.S. 08-242-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: June 20, 2008<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

　　It is hereby stipulated and agreed to between the United States of America through DANIEL MCCONKIE JR., Assistant U.S. Attorney, and defendant, JIMMY SALCEDO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, June 20, 2008 be continued to Friday, July 18, 2008 at 10:00 a.m.

　　The reason for this continuance is defense counsel has just received the pre-plea report and will need time to review the information contained therein, and any forthcoming offer, with Mr. Salcedo.

　　Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 18, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

1  prepare] (Local Code T4).

2

3  DATED: June 17, 2008           Respectfully submitted,
                                  DANIEL J. BRODERICK
4                                 Federal Defender

5                                 /S/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
6                                 Assistant Federal Defender
                                  Attorney for Defendant
7                                 JIMMY SALCEDO

8

9  DATED: June 17, 2008           McGREGOR W. SCOTT
                                  United States Attorney
10

11                                /s/ Ben Galloway for
                                  DANIEL MCCONKIE JR.
12                                Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 18, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: June 17, 2008.           /s/ Edward J. Garcia
                                EDWARD J. GARCIA
                                United States District Judge