```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
JIMMY SALCEDO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-242-EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| JIMMY SALCEDO | Date: September 5, 2008 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Edward J. Garcia |

It is hereby stipulated between the parties, Daniel S. McConkie, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, JIMMY SALCEDO, that the status conference hearing date of September 5, 2008, be vacated and rescheduled for October 3, 2008 at 10:00 a.m.

This continuance is requested as negotiations are continuing between the parties and additional time is needed for defense investigation.

It is further stipulated that the period from September 5, 2008 through and including October 3, 2008 should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated: September 4, 2008           Respectfully submitted,
4                                     DANIEL J. BRODERICK
                                      Federal Defender
5
6                                     /s/ Lauren D. Cusick
                                      LAUREN D. CUSICK
7                                     Assistant Federal Defender
                                      Attorney for Defendant
8                                     JIMMY SALCEDO
9
   Dated: September 4, 2008           MCGREGOR W. SCOTT
10                                    United States Attorney
11
                                      /s/ Lauren D. Cusick
12                                    DANIEL S. McCONKIE
                                      Assistant U.S. Attorney
13                                    per telephonic authorization
14
                                **O R D E R**
15
   IT IS SO ORDERED.
16
   Dated: Sept. 4, 2008
17
                                      /s/ Edward J. Garcia
18                                    EDWARD J. GARCIA
                                      United States District Judge
19
20
21
22
23
24
25
26
27
28

Stip and Order                        2