```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JIMMY SALCEDO
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-08-242-EJG
                                   )
13              Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                   )  STATUS CONFERENCE
14       v.                        )
                                   )
15  JIMMY SALCEDO                  )  Date: February 25, 2009
                                   )  Time: 10:00 a.m.
16              Defendant.         )  Judge: Edward J. Garcia
    _____)
17

18       It is hereby stipulated between the parties, Daniel S. McConkie,

19  Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20  Cusick, Assistant Federal Defender, attorney for defendant, JIMMY

21  SALCEDO, that the sentencing hearing date of February 4, 2009, be

22  rescheduled for February 25, 2009 at 10:00 a.m.

23       The following will be the new schedule for Disclosure for

24  Presentence Report:

25       Presentence Report disclosed . . . . . . . . . . January 21, 2009

26       Counsel's Written Objections to the Presentence
         Report Shall be Delivered to the Probation
27       Officer and Opposing Counsel no Later Than . . . January 28, 2009

28
```

```
   The Presentence Report Shall be Filed with the
   Court and Disclosed to Counsel no Later Than . . February 3, 2009

   Motion for Correction of the Presentence Report
   Shall be Filed with the Court and Served on the
   Probation Officer and Opposing Counsel no
   Later Than  . . . . . . . . . . . . . . . . . . February 10, 2009
```

United States Probation Officer, George A. Vidales, has no objection to the new scheduled dates.

Dated:  January 6, 2009           Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Lauren D. Cusick
                                  LAUREN D. CUSICK
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JIMMY SALCEDO


Dated:  January 6, 2009           MCGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Lauren D. Cusick
                                  DANIEL S. McCONKIE
                                  Assistant U.S. Attorney
                                  per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated: January 6, 2009

                                  /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  United States District Judge

Stip and Order                    2