```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JIMMY SALCEDO
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-08-242-EJG
                                 )
13              Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14       v.                      )
                                 )
15  JIMMY SALCEDO                )  Date: February 25, 2009
                                 )  Time: 10:00 a.m.
16              Defendant.       )  Judge: Edward J. Garcia
    _____)

17
```

18   It is hereby stipulated between the parties, Daniel S. McConkie,

19  Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20  Cusick, Assistant Federal Defender, attorney for defendant, JIMMY

21  SALCEDO, that the sentencing hearing date of February 25, 2009, be

22  rescheduled for March 20, 2009 at 10:00 a.m.

23   The following will be the new schedule for Disclosure for

24  Presentence Report:

25      Presentence Report disclosed . . . . . . . . . . February 13, 2009

26      Counsel's Written Objections to the Presentence
        Report Shall be Delivered to the Probation
27      Officer and Opposing Counsel no Later Than . . . February 27, 2009

28

```
   The Presentence Report Shall be Filed with the
   Court and Disclosed to Counsel no Later Than . . . . March 6, 2009

   Motion for Correction of the Presentence Report
   Shall be Filed with the Court and Served on the
   Probation Officer and Opposing Counsel no
   Later Than  . . . . . . . . . . . . . . . . . . . . . March 13, 2009
```

United States Probation Officer, George A. Vidales, has no objection to the new scheduled dates.

Dated:  February 6, 2009         Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Lauren D. Cusick
                                 LAUREN D. CUSICK
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JIMMY SALCEDO


Dated:  February 6, 2009         MCGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ Lauren D. Cusick
                                 DANIEL S. McCONKIE
                                 Assistant U.S. Attorney
                                 per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated: February 6, 2009

                                 /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Judge