```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  DANIEL S. McCONKIE
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2725
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )
                                 )   CR. No. S-08-242 EJG
11              Plaintiff,       )
                                 )
12        v.                     )
                                 )   STIPULATION AND ORDER
13  JIMMY SALCEDO,               )   CONTINUING SENTENCING HEARING
                                 )
14              Defendant.       )
    _____)
15
```

It is hereby stipulated between the parties that the date of sentencing of April 24, 2009 be continued to May 15, 2009 at 10:00 a.m. The parties respectfully request that the court continue the hearing.

Because the government agreed with the PSR, no government sentencing memorandum was initially filed. However, last Friday, April 17, 2009, the defense filed a brief raising numerous legal issues. This request will allow the government additional time to respond, by May 6, 2009. This request will also allow the defense time to file a reply, should the defense choose to do so.

///
///
///

1

Probation Officer George Vidales and Court Interpreter Yolanda Riley-Portal have also been notified and have no objection.

                                             LAWRENCE G. BROWN
                                             Acting United States Attorney

Dated: April 22, 2009           /s/ Daniel S. McConkie
                                             DANIEL S. McCONKIE
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

                                             Respectfully submitted,

Dated: April 22, 2009           /s/ Daniel S. McConkie for
                                             LAUREN D. CUSICK
                                             Attorney for Defendant
                                             Per telephonic authorization

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: April 22, 2009

                                             /s/ Edward J. Garcia
                                             EDWARD J. GARCIA
                                             United States District Judge